TERRY C. COPPLE (ISB No. 1925)
ALEXANDER P. MCLAUGHLIN (ISB No. 7977)
DAVISON, COPPLE, COPPLE & COPPLE, LLP
Attorneys at Law
Chase Capitol Plaza
Post Office Box 1583
199 North Capitol Boulevard
Suite 600
Boise, Idaho  83701
Telephone:     (208) 342-3658
Facsimile:      (208) 386-9428
tc@davisoncopple.com
mclaughlin@davisoncopple.com

Attorneys for Defendants
       Orchards at Fairview Condominium Association, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| INTERMOUNTAIN FAIR HOUSING COUNCIL, | ) ) ) Case No. CV 09-522 |
| Plaintiff, | ) ) MOTION FOR LEAVE TO FILE |
| vs. | ) POST HEARING SUPPLEMENTAL ) AFFIDAVIT OF MIKE KELLER IN ) SUPPORT OF MOTION FOR SUMMARY |
| THE ORCHARDS AT FAIRVIEW CONDOMINIUM ASSOCIATION, INC. and WINDERMERE REAL ESTATE/ CAPITAL GROUP, INC. | ) JUDGMENT ) ) ) ) |

***

MOTION FOR LEAVE TO FILE POST-HEARING SUPPLEMENTAL AFFIDAVIT OF MIKE KELLER IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 1

COMES NOW the Orchards at Fairview Condominium Association, Inc. ("Defendant Orchards"), by and through their attorneys of record, Terry C. Copple and Alexander P. McLaughlin, of the firm Davison, Copple, Copple & Copple of Boise, Idaho, and hereby moves this Court pursuant to Rule 56(e)(1) of the Federal Rules of Civil Procedure for entry of an Order permitting Defendant Orchards to file the Post-Hearing Supplemental Affidavit of Mike Keller in Support of Motion for Summary Judgment in the form as presented in Exhibit "1" hereto.

This Motion is made on the grounds and for the reasons that the content of the attached affidavit clears up an issue that counsel and the Court were discussing at the conclusion of the hearing on the parties' cross motions for summary judgment. That issue was whether or not the Sign is in fact on the common areas of the subject property. While the record already indicates that the Sign is owned by a third-party, because the IFHC conceded that its entire argument in opposition to summary judgment regarding the Sign is the fact that the CC & R's state the association maintains the common areas of the properties, the determination of whether the Sign is even on the common areas is highly material to each of the parties' motions.

Moreover, allowing the attached affidavit into evidence will further the interest of both preserving judicial and private resources as it will enable the Court to reach a determination without the parties having to file renewed motions for summary judgment and make subsequent appearances in Court to argue over an extraordinarily discreet issue of fact. In addition, allowing the supplemental affidavit into evidence will avoid delay and serve the additional interest of

narrowing the focus of the case to those issues for which a trial is absolutely necessary. Compare with Celotex v. Catrett, 477 U.S. 317, 327 (1986) (Summary judgment is the "principal tool by which factually insufficient claims or defenses [can] be isolated and prevented from going to trial with the attendant unwarranted consumption of public and private resources").

This Motion is made on the records and files herein and the attached Post-Hearing Affidavit of Mike Keller in Support of Motion for Summary Judgment. Oral argument is requested on this Motion.

DATED this 11th day of December, 2010.

                                                                   DAVISON, COPPLE, COPPLE & COPPLE, LLP


                                                        By:_____/s/_____
                                                             Alexander P. McLaughlin, of the firm
                                                             Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Ken Nagy
>knagy@lewiston.com
>
>Jason S. Risch
>Risch Pisca, PLLC
>jrisch@rischpisca.com

_____/s/_____
Alexander P. McLaughlin